## BURNS v. WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 79, September Term, 1962.]

*Decided May 8, 1963.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons stated in the opinion filed by Judge Oppenheimer in the lower court, the application of Robert Lee Burns for leave to appeal from the order dismissing his petition for post conviction relief from his imprisonment for several burglaries and forgeries is hereby denied.

*Application denied.*